Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
Brett K. Wiseman, SBN 265770
bwiseman@madisonlawapc.com
Susanna F. Wiseman, SBN 281234
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| nKLOSURES, INC. ARCHITECTS fka nKLOSURES, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVALON LODGING, LLC; BIPIN MORARI, an individual; W&W LAND DESIGN CONSULTANTS, INC., a California corporation; WINSTON LIU, P.E., an individual; TOM LAU, AIA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-00459-RSWL-JDE<br><br>**STIPULATION TO DISMISS DEFENDNAT AVALON LODGING, LLC**<br><br>[[Proposed] Order Approving Stipulation to Dismiss Defendant Avalon Lodging, LLC concurrently filed]<br><br>Action Filed: March 25, 2022<br>Trial Date: October 22, 2024 |

///

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc. ("Plaintiff"), through its counsel of record; Brett K. Wiseman of Madison Law, APC and Defendants Avalon Lodging, LLC, through its counsel of record; David M. Flader of Flader & Hirji, LLP; and Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau, through their counsel of record; Erica Summan of Wood, Smith, Henning & Berman, LLC (collectively the "Parties") hereby agree and stipulate as follows:

WHEREAS the operative complaint in this case, the First Amended Complaint, after certain motion practice, contains an active cause of action for Copyright Infringement;

WHEREAS the operative complaint alleges liability against Defendant Avalon Lodging, LLC, as a company;

WHEREAS the Plaintiff and Defendant Avalon Lodging, LLC have reached a settlement;

WHEREAS Plaintiff now desires to dismiss Defendant Avalon Lodging, LLC from the operative complaint with prejudice;

WHEREAS the Parties have agreed to join in this stipulation for dismissal of the identified party;

WHEREAS in an abundance of caution, Plaintiff notes and clarifies that Plaintiff is not hereby agreeing, or intending, to dismiss Plaintiff's lawsuit in its entirety and not agreeing to dismiss any cause of action or party not expressly identified herein;

///

///

NOW THEREFORE the Parties hereby stipulate that Defendant Avalon Lodging, LLC be dismissed with prejudice.

**SO STIPULATED:**

| | |
|---|---|
| Respectfully submitted on this 30th day of September, 2024 | MADISON LAW, APC<br><br>_(signature)_<br><br>Brett K. Wiseman<br>Attorneys for Plaintiff |
| Respectfully submitted on this ___ day of September, 2024 | FLADER & HIRJI, LLC<br><br>David M. Flader<br>Attorneys for Defendants Avalon Lodging, LLC and Bipin Morari |
| Respectfully submitted on this ___ day of September, 2024 | WOOD, SMITH, HENNING & BERMAN<br><br>Erica Summon<br>Attorneys for Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau |

NOW THEREFORE the Parties hereby stipulate that Defendant Avalon Lodging, LLC be dismissed with prejudice.

**SO STIPULATED:**

Respectfully submitted on this ___ day of September, 2024

MADISON LAW, APC

_____
Brett K. Wiseman
Attorneys for Plaintiff

Respectfully submitted on this 25th day of September, 2024

FLADER & HIRJI, LLP

_____
David M. Flader
Attorneys for Defendants Avalon Lodging, LLC and Bipin Morari

Respectfully submitted on this ___ day of September, 2024

WOOD, SMITH, HENNING & BERMAN

_____
Erica Summon
Attorneys for Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau

NOW THEREFORE the Parties hereby stipulate that Defendant Avalon Lodging, LLC be dismissed with prejudice.

**SO STIPULATED:**

| | |
|---|---|
| Respectfully submitted on this ___ day of September, 2024 | MADISON LAW, APC |
| | _____ |
| | Brett K. Wiseman |
| | Attorneys for Plaintiff |
| Respectfully submitted on this ___ day of September, 2024 | FLADER & HIRJI, LLC |
| | _____ |
| | David M. Flader |
| | Attorneys for Defendants Avalon Lodging, LLC and Bipin Morari |
| Respectfully submitted on this 30 day of September, 2024 | WOOD, SMITH, HENNING & BERMAN |
| | *[signature]* |
| | _____ |
| | Erica Summan |
| | Attorneys for Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau |