Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
Brett K. Wiseman, SBN 265770
bwiseman@madisonlawapc.com
Susanna F. Wiseman, SBN 281234
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| nKLOSURES, INC. ARCHITECTS fka nKLOSURES, INC. a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AVALON LODGING, LLC; BIPIN MORARI, an individual; W&W LAND DESIGN CONSULTANTS, INC., a California corporation; WINSTON LIU, P.E., an individual; TOM LAU, AIA, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:22-cv-00459-RSWL-JDE<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed: March 25, 2022<br>Trial Date: November 5, 2024 |

///

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

All remaining parties to this action have reached a settlement on all essential terms.  The Court has reasonably requested certain details for case management purposes.

The parties to this settlement are Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc. ("Plaintiff"), and Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau ("Defendants").

All other parties named in the caption have previously been dismissed by prior settlement or other agreement(s).  Accordingly, the settlement addressed in this notice completely resolves the case.

The parties are finalizing the written settlement agreement.  The involvement of multiple parties and an insurance carrier suggests finalizing the language may take slightly longer than would be anticipated. It is estimated that a final settlement agreement will be executed no later than two weeks from this date, i.e., by November 8, 2024.

The parties would, with the Court's indulgence, intend on dismissing this case after completion of the payment terms (30 days) in addition to five days for such funds to 'clear'.  Accordingly, the parties anticipate filing a final dismissal of this action no later than December 13, 2024 (November 8, 2024 + 30 days + 5 days).

Respectfully submitted on this 25th day of October, 2024 by:

MADISON LAW, APC

/s/
Brett K. Wiseman
Attorneys for Plaintiff