Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
Brett K. Wiseman, SBN 265770
bwiseman@madisonlawapc.com
Susanna F. Wiseman, SBN 281234
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| nKLOSURES, INC. ARCHITECTS fka nKLOSURES, INC. a California corporation, <br><br> Plaintiff, <br> v. <br><br> AVALON LODGING, LLC; BIPIN MORARI, an individual; W&W LAND DESIGN CONSULTANTS, INC., a California corporation; WINSTON LIU, P.E., an individual; TOM LAU, AIA, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:22-cv-00459-RSWL-JDE <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT** <br><br> [[Proposed] Order Approving Stipulation to Dismiss Entire Action With Prejudice] <br><br> Action Filed: March 25, 2022 <br> Trial Date: vacated |

///

35761346.1:10836-0072

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
8:22-cv-00459-RSWL-JDE                    -1-

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

As addressed more formally below, this case is settled and all parties are jointly requesting dismissal of the entire action with prejudice.

## STIPULATION

Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc. ("Plaintiff"), through its counsel of record, Brett K. Wiseman of Madison Law, APC and Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau, through their counsel of record, Erica Summan of Wood, Smith, Henning & Berman, LLC (collectively the "Parties") hereby agree and stipulate as follows:

WHEREAS the Parties are the only remaining participants in this case, as Plaintiff has previously settled with or otherwise dismissed all other all persons and entities named in the caption of this case.

WHEREAS the Parties settled their disputes in this case and filed a notice of settlement on October 25, 2024. (Docket # 131.)

WHEREAS the Court entered an Order requiring that the parties file a stipulation for dismissal – or status report – no later than 60 days after October 28, 2024. (Doc. # 132.)

WHEREAS the settlement between the Parties is concluded and the parties have agreed to dismissal of the entire action with prejudice.

///

35761346.1:10836-0072

NOW THEREFORE the Parties hereby stipulate that the entire case be dismissed with prejudice.

**SO STIPULATED:**

| | |
|---|---|
| Respectfully submitted on this 11th day of December, 2024 | MADISON LAW, APC<br><br>/s/ Brett. K. Wiseman<br>_____<br>Brett K. Wiseman<br>Attorneys for Plaintiff |
| Respectfully submitted on this 5th day of December, 2024 | WOOD, SMITH, HENNING & BERMAN<br><br>[signature]<br>_____<br>Erica Summan<br>Attorneys for Defendants W&W Land Design Consultants, Inc., Winston Liu, and Tom Lau |