Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
Brett K. Wiseman, SBN 265770
bwiseman@madisonlawapc.com
Susanna F. Wiseman, SBN 281234
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Plaintiff nKLOSURES, Inc. Architects fka nKLOSURES, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| nKLOSURES, INC. ARCHITECTS fka nKLOSURES, INC. a California corporation, <br><br> Plaintiff, <br> v. <br><br> AVALON LODGING, LLC; BIPIN MORARI, an individual; W&W LAND DESIGN CONSULTANTS, INC., a California corporation; WINSTON LIU, P.E., an individual; TOM LAU, AIA, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:22-cv-00459-CAS-JDEx <br><br> **ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> Action Filed: March 25, 2022 <br> Trial Date:    vacated |

///

The Court, having read and considered the Stipulation to Dismiss Entire Action Pursuant to Settlement ("Stipulation") and with good cause appearing, ORDERS as follows:

1. The Stipulation is APPROVED;
2. This case is entirely DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge